**Ollie Hagins WHITE et al.**

v.

**Ester J. STEELE'S ADMINISTRATOR (Grannis Bach), et al.**

Court of Appeals of Kentucky.

Feb. 17, 1956.

Carl F. Eversole, Richmond, for appellants.

Grannis Bach, Jackson, for appellees.

PER CURIAM.

This action was instituted by the appellants against Grannis Bach, as administrator of the estate of Ester J. Steele, and his bondsmen, to recover some $900 for the alleged mishandling of the estate of Ester J. Steele by Grannis Bach.

We have examined the record fully and have reached the conclusion that the judgment of the trial court was proper.

Wherefore, the motion for an appeal is overruled, and the judgment is affirmed.